ELIZABETH SONN, as Executrix, etc., of SAMUEL SONN, Deceased, and A. H. SONN CO., INC., Appellants, v. QUEENSBORO FARM PRODUCTS, INC., and Others, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of MARIE IMPERATO, Doing Business as IMPERATOR WINE SALES, Petitioner, Appellant, for an Order of Review against HENRY E. BRUCKMAN, Chairman, and Others, Individually and Collectively as the New York State Liquor Authority, Respondents, as Provided in Article 78 of the Civil Practice Act of the State of New York.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS LIBERTI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of GEORGE W. CALDWELL, Police Officer, Respondent, v. STEPHEN A. SMITH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FRANK RUDIGER, Appellant, v. JOSEPH A. CUSHING, JR., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JACOB GOLD, Respondent, v. BAGDAD TRADERS, INC., and Others, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

59 EAST 106TH STREET CORP., Respondent, v. CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES F. KAMINSKI, Petitioner, Respondent, for an Order against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, and WALTER LEANDER, Defendants, Appellants. (Consolidated with) In the Matter of the Application of HARRY M. APGAR, Petitioner, Respondent, for an Order against PAUL J. KERN, President, and Others, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CANADA DRY GINGER ALE, INCORPORATED, Respondent, v. J. CHR. G. HUPFEL BREWING CORPORATION and Another, Appellants, Impleaded with Another, Defendant.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.